## DAVID KERVICK, EXECUTOR (ESTATE OF RUTH FARRELL) *v.* SILVER HILL HOSPITAL ET AL.

"Did the Appellate Court properly determine that the trial court abused its discretion when it denied the plaintiff's request to poll the jury regarding an article published in the New York Times concerning the subject matter of the suit?"

ROGERS, C. J., and HARPER, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18805.

*Catherine S. Nietzel,* in support of the petition.

*Sandra J. Akoury,* in opposition.

Decided June 23, 2011

## DAVID KERVICK, EXECUTOR (ESTATE OF RUTH FARRELL) *v.* SILVER HILL HOSPITAL ET AL.

The petition by the defendant Ellyn Shander for certification for appeal from the Appellate Court, 128 Conn. App. 341 (AC 29783), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the trial court abused its discretion when it denied the plaintiff's request to poll the jury regarding an article published in the New York Times concerning the subject matter of the suit?"

ROGERS, C. J., and HARPER, J., did not participate in the consideration of or decision on this petition.

The Supreme Court docket number is SC 18806.

*Rachel E. Katz* and *David J. Robertson,* in support of the petition.

*Sandra J. Akoury,* in opposition.

Decided June 23, 2011